**Tokunbo KUFEJI, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–72622.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 11, 2010.

Vitaly B. Sigal, Liberman & Sigal, Los Angeles, CA, for Petitioner.

Remi Adalemo, Trial, OIL, Norah Ascoli Schwarz, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Tokunbo Kufeji, a native and citizen of Nigeria, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for adjustment of status. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Cerezo v. Mukasey,* 512 F.3d 1163, 1166 (9th Cir.2008), as well as claims of due process violations, *Colmenar v. INS,* 210 F.3d 967, 971 (9th Cir. 2000). We deny the petition for review.

The agency properly denied Kufeji's application for adjustment of status where he failed to show eligibility for an immigrant visa. *See* 8 C.F.R. § 1245.1(a) (applicants for adjustment of status must show they are eligible to receive an immigrant visa). Kufeji's due process claim therefore fails. *See Lata v. INS,* 204 F.3d 1241, 1246 (9th Cir.2000) (requiring error to prevail on a due process challenge).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.